Decided June 16, 2004

## EMIL D. ANGHEL *v.* COMMISSIONER OF SOCIAL SERVICES

The plaintiff's petition for certification for appeal from the Appellate Court (AC 25079) is dismissed.

*Emil D. Anghel*, pro se, in support of the petition.

*Elizabeth A. O'Dea*, assistant attorney general, in opposition.

Decided June 16, 2004

## STATE OF CONNECTICUT *v.* JOHN DEARBORN

*James B. Streeto*, assistant public defender, in support of the petition.

*Susann E. Gill*, senior assistant state's attorney, in opposition.

Decided June 23, 2004

## STATE OF CONNECTICUT *v.* TENG BUNLEUT

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 648 (AC 23425), is denied.